COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Tammy Sue LeStourgeon v. CERS Environment Services, Inc., Ceres Mulch, Texas Environmental Recycling, et al.

Appellate case number:   01-20-00290-CV

Trial court case number: 2019-13253

Trial court:             127th District Court of Harris County

Counsel Alexander Brauer and Bailey Brauer PLLC filed a notice in this Court that they are not representing appellees Ceres Environmental Services, Inc. Ceres Environmental, Inc., Ceres Mulch, and Texas Environmental Recycling in this appeal. Counsel Brauer advised that appellees are represented by attorney Jessica Roe, an attorney practicing in Minnesota.

The Court is unable to determine from the information provided whether attorney Jessica Roe is licensed to practice in Texas. If she is not licensed to practice in Texas, she must obtain permission to participate in the case *pro hac vice* in accordance with Rule 19 of the Texas Rules Governing Admission to the Bar of Texas.

Accordingly, the Court will not list attorney Jessica Roe as counsel for appellees and will not send notices to her until she either advises us that she is licensed to practice in Texas or complies with Rule 19 of the Texas Rules Governing Admission to the Bar of Texas.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually     ☐ Acting for the Court


Date: ___April 16, 2020___